USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER BARNARD,

        Plaintiff,

v.

TIAA BOARD OF DIRECTORS, TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES LLC, AND MEGHAN SHEA, *individually and in her official capacity*,

        Defendants.

No. 19-CV-1074 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #1 filed on the docket in this action, the parties participated in a mediation session and reached agreement on all issues. No later than November 27, 2019, the parties shall provide the Court with an update as to the status of the mediation process in this case.

SO ORDERED.

Dated:    November 15, 2019
             New York, New York

_____
Ronnie Abrams
United States District Judge