USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER BARNARD,

      Plaintiff,

v.

TIAA BOARD OF DIRECTORS, TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES LLC, AND MEGHAN SHEA, *individually and in her official capacity*,

      Defendants.

No. 19-CV-1074 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 15, 2019, the Court ordered the parties to provide it with an update, no later than November 27, 2019, as to the status of the mediation process in this case. The parties have not done so. No later than December 27, 2019, the parties shall jointly file a letter updating the Court as to the status of the case.

SO ORDERED.

Dated:  December 12, 2019
     New York, New York

               _____
               Ronnie Abrams
               United States District Judge